UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  CASE NO.:

ROBERT M. MAYHALL,
and MELISSA D. MAYHALL,
Debtors.

# **CHAPTER 13 PLAN**

The Debtors, ROBERT M. MAYHALL and MELISSA D. MAYHALL, by and through their undersigned attorney, submit the following Chapter 13 Plan:

1. The future earnings of the Debtors are submitted to the supervision and control of the Trustee, and the Debtors shall pay to the Trustee the sum of **$2,705.82** per month for a period of sixty (60) months.

2. From the payments so received, the Trustee shall make disbursements as follows:

## **Priority Claims**

3. The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of seven (7%) of the amount of all payments under the plan.

4. Unpaid attorney fees to Todd W. Henry, Esquire shall be paid-in-full in the first six (6) months of the plan at the rate of **$250.00** per month. Once these fees have been paid in full, the amount allocated hereto will be paid to creditors as set out more specifically below.

## Secured Claims

5. DUVAL FEDERAL CREDIT UNION holds a first mortgage on the debtors' principle residence. The Trustee shall make the regular monthly payments of **$1,551.40** over the life of the plan. The Debtor is currently one (1) payment in arrears. The total arrearage on the mortgage payments is $1,601.40, which includes late charges. The trustee shall pay this creditor **$228.78** per month toward the arrearage to bring the mortgage payments current in months 7 through 13 of the plan.

6. DUVAL FEDERAL CREDIT UNION holds a second mortgage on the debtors' principle residence. The debtors believe this mortgage is unsecured, as the value of the homestead is less than the payoff for the first mortgage. This debt shall be treated as unsecured for purposes of this plan and the creditor shall received payments pro-rata.

7. AMERICAN ENTERPRISE OF FLORIDA holds a mortgage on the debtors' rental unit located at 10474 Bertha Mae Harris Rd, Glen St. Mary, Florida which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

8. AMERICAN ENTERPRISE OF FLORIDA holds a mortgage on the debtors' rental unit located at Route 1, Box 1661, St. George, GA which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

9. AMERICAN ENTERPRISE OF FLORIDA holds a mortgage on the debtors' rental unit located at Lots 367 & 369 (adjoining) Delmonte Street, Baldwin, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

10. AMERICAN ENTERPRISE OF FLORIDA holds a mortgage on the debtors' rental unit located at 26770 CR 250, Taylor Florida which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

11. AMERICAN ENTERPRISE OF FLORIDA holds a mortgage on the debtors' rental unit located at 4354 Lori Loop Road, Keystone Heights, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

12. DUVAL FEDERAL CREDIT UNION holds a mortgage on the debtors' rental unit located at 13837 Bay Street, Sanderson, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

13. DUVAL FEDERAL CREDIT UNION holds a mortgage on the debtors' rental unit located at 13837 Bay Street, Sanderson, FL which is currently inhabited by a

renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

14. DUVAL FEDERAL CREDIT UNION holds a second mortgage on the debtors' rental unit located at 13837 Bay Street, Sanderson, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

15. LEE BRADLEY holds a second mortgage on the debtors' rental unit located at 4354 Lori Loop Road, Keystone Heights, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

16. WACHOVIA BANK holds a mortgage on the debtors' rental unit located at 478 Railroad Avenue, McClenney, FL which is currently inhabited by a renter who is paying the expenses associated with this unit, including but not limited to the mortgage(s), taxes, insurance, and upkeep associated therewith. Accordingly, the mortgage payment shall be paid <u>outside the plan</u>.

17. DUVAL FEDERAL CREDIT UNION holds a lien on the debtor's 2007 Volkswagon Jetta. The Trustee shall pay the regular monthly payment to this creditor in the amount of **$326.00** per month over the life of the plan.

18. DUVAL FEDERAL CREDIT UNION holds a lien on the debtor's 2004 Nissan 350ZX. The Trustee shall pay the regular monthly payment to this creditor in the amount of **$389.00** per month over the life of the plan.

19. VOLKSWAGON CREDIT INC holds a lien on the debtor's 2002 Volkswagon Jetta. The Debtor is a co-debtor with his daughter on this loan and the vehicle is in the possession of the Debtor's daughter who is making the payments on the loan. Accordingly, the Trustee shall make no payments on this debt as it is being paid <u>outside the plan</u>.

### Unsecured Claims

20. Unsecured creditors, including those secured creditors who have deficiency claims or whose liens have been avoided and who timely file proofs of claim shall receive distributions pro-rata.

### General Provisions

21. Any claim filed after the applicable claims deadline shall receive no distribution under this plan, unless specifically provided for above.

22. Unless otherwise specifically mentioned in this paragraph, the debtors do not reject any executory contract(s).

23. Title to all property of the estate shall revest in the debtors upon confirmation of this plan.

24. Except as provided for in the plan, the order confirming the plan or other order of this Court, no interest, late charges, penalties or attorneys' fees will be paid to or be accessible by any creditor. 11 USC Section 1327(a) provides:

In Re: ROBERT M. MAYHALL and MELISSA D. MAYHALL, Debtors
Chapter 13 Plan
Page 5 of 6

*"The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted or has rejected the plan"*

25. Once the debtor(s) successfully complete the Chapter 13 Plan and a discharge is entered by the Court, no creditor will be allowed to add late charges, penalties, interest or attorneys' fees from the beginning of time through the date of discharge.

26. Upon confirmation of this plan by the Court, the debtor(s) will be deemed to have complied with all the required duties pursuant to 11 U.S.C. 521(a)(1), including but not limited to, the duty to provide certain financial documents specifically listed in that section.

Dated this 23rd day of July, 2009.

TODD W. HENRY, ESQUIRE
Florida Bar No.: 0077003
1555 Kingsley Avenue, Suite 405
Orange Park, FL 32073
(904) 264-6776
Attorney for the Debtors